# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Dora Elizabeth Arteaga,<br>a.k.a.: Dora Rodriguez,<br>a.k.a.: Dora Arteaga,<br>(A079 312 412)<br>*Defendant* | Case No. 17-355MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 15, 2015, in the County of Navajo, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Dora Elizabeth Arteaga, an alien, was found in the United States of America at or near Holbrook, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Antonio, Texas, on July 10, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 30, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 15, 2015, while following a biometric lead from the Law Enforcement Support Center, the Phoenix ICE Priority Enforcement Program (PEP) screened Dora Elizabeth Arteaga after her arrest by the Navajo County Sheriff's Office (NCSO), near Holbrook, Arizona. PEP officers determined Arteaga to be a citizen of Guatemala, illegally present in the United States. Areaga was subsequently released from the custody of the NCSO. On October 7, 2016, an immigration detainer was lodged with the Perryville State Prison (PSP) in Goodyear, Arizona. On August 29, 2017, Arteaga was released from the PSP and transported to the Phoenix ICE office for further investigation and processing. Arteaga was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Dora Elizabeth Arteaga to be a citizen of Guatemala and a previously deported criminal alien. Arteaga was removed from the

1

United States to Guatemala through San Antonio, Texas, on or about July 10, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Arteaga in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Arteaga's immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Dora Elizabeth Arteaga was convicted of Possession with Intent to Manufacture or Distribute a Controlled Substance-Schedule I-25 to 450G, a felony offense, on October 21, 2013, in the District Court, City and County of Denver, Colorado. Arteaga was sentenced to two (2) years' probation. Arteaga's criminal history was matched to her by electronic fingerprint comparison.

5. On August 29, 2017, Dora Elizabeth Arteaga was advised of her constitutional rights. Arteaga freely and willingly acknowledged her rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about December 15, 2015, Dora Elizabeth Arteaga, an alien, was found in the United States of America at or near Holbrook, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Antonio, Texas, on July 10, 2015, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 30th day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge